IN THE UNITED STATES DISTRICT COURT RECEIVED
FOR THE _Middle_ DISTRICT OF _Alabama_
_Northern_ DIVISION      2016 JUL -8 A 9: 47

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Dana Larry Myrick

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

United States Department of Veterans Affairs

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. 2:16-CV-555-MHT-WC
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐Yes   ☐No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis.*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    Dana Larry Myrick
Street Address          440 Montana Court
City and County         Prattville AL
State and Zip Code      Alabama    36067
Telephone Number        334 (320) - 5172
E-mail Address          Dana Larrymyrick @ yahoo.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                    United States Department of
Job or Title            Veterans Affairs
(if known)
Street Address          810 Vermont Avenue
City and County         NW Washington
State and Zip Code      District of Columbia 20420
Telephone Number        _____
E-mail Address          _____
(if known)

☐    Individual capacity        ☒    Official capacity

Defendant No. 2

Name                    _____
Job or Title            _____

2

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☒   Federal officials (a *Bivens* claim)

☐   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____

_____

_____

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

My 5th amendment right to due process and my 2nd amendment right to bear arms.

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The Veterans Affairs branch of the U.S. government placed me on the Federal Bureau National Instant Background Check
(continued)

4

·4 continued

System (NICS). Prohibiting me from exercising my 2nd amendment rights without due process under law protected by the 5th amendment of the constitution

**III.    Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

_Montgomery   Alabama_

B.    What date and approximate time did the events giving rise to your claim(s) occur?

_Approximately   2007   continuous until the present_

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

_The Department of Veterans Affairs under a self determined athority has imposed Second amendment restrictions that hold the force of legal consquences. This restriction of my rights was imposed without granting me any provisions of due process as guaranteed to me by the 5th amendment to the Constitution. This determination is based on only estimated finacial responsibility and is both arbratray and capricious_

**IV.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Denial of the enjoyment of my rights provide under the Second amendment of the United States constitution

**V.    Relief**

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Reinstate my second amendment rights force removal of my name from the FBI National instant criminal background system
Furthermore; ~~stop~~ Stop the Veterans Administration from this denial of rights to othe Veterans

**VI.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 7 , 20 16

Signature of Plaintiff ___Dana L Myrick___

Printed Name of Plaintiff ___Dana Larry Myrick___

**B.    For Attorneys**

Date of signing: _____ , 20 __ .

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

Telephone Number _____

E-mail Address _____