```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


DANA LARRY MYRICK,             )
                               )
     Plaintiff,                )
                               )      CIVIL ACTION NO.
     v.                        )        2:16cv555-MHT
                               )            (WO)
UNITED STATES DEPARTMENT       )
OF VETERANS AFFAIRS,           )
                               )
     Defendant.                )
```

## OPINION AND ORDER

Plaintiff filed a motion for preliminary injunction against the United States Social Security Administration in an apparent effort to prevent the violation of his Second Amendment rights by the alleged future implementation of an unspecified policy. This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for preliminary injunction be denied. There are no objections to the recommendation. Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 26) is adopted.

(2) The motion for preliminary injunction (doc. no. 25) is denied.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

DONE, this the 14th day of February, 2017.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**