IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DANA LARRY MYRICK, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:16cv555-MHT |
| | ) | (WO) |
| UNITED STATES DEPARTMENT | ) | |
| OF VETERANS AFFAIRS, | ) | |
| | ) | |
|     Defendant. | ) | |

## OPINION

Plaintiff filed this lawsuit seeking injunctive relief against the Department of Veterans Affairs for an alleged violation of his Second and Fifth Amendment rights.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss, or in the alternative, for summary judgment, be granted, that plaintiff's motion for summary judgment be denied, and that plaintiff's case be dismissed as moot.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court

concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of March, 2017.

                                    /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**