IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DANA LARRY MYRICK,              )
                                )
     Plaintiff,                 )
                                )   CIVIL ACTION NO.
     v.                         )     2:16cv555-MHT
                                )          (WO)
UNITED STATES DEPARTMENT        )
OF VETERANS AFFAIRS,            )
                                )
     Defendant.                 )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 28) is adopted.

(2) Defendant's motion to dismiss, or in the alternative, for summary judgment (doc. no. 16), is granted.

(3) Plaintiff's motion for summary judgment (doc. no. 13) is denied.

(4) This lawsuit is dismissed as moot with prejudice.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 20th day of March, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE